DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITIZENS FOR THOUGHTFUL GROWTH – WEST PALM BEACH, INC.,** a Florida not for profit corporation, and **NANCY PULLUM,**
Appellants,

v.

**FLAGLER RESIDENTIAL LLC,** a Florida limited liability company, and **CITY OF WEST PALM BEACH**, a Florida municipal corporation,
Appellees.

No. 4D20-2066

[October 7, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2019-CA-004619-XXXX-MB.

Robert J. Hauser of Pankauski Hauser Lazarus PLLC, West Palm Beach, and John R. Eubanks, Jr., of Sniffen & Spellman, P.A., West Palm Beach, for appellants.

Jack J. Aiello, Christopher P. Benvenuto, Brian M. Seymour and S. Kaitlin Guerin of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for appellee Flagler Residential LLC.

K. Denise Haire, West Palm Beach, for appellee City of West Palm Beach.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***